Form G-4

Case 19-22907   Doc 28-2   Filed 11/06/20   Entered 11/06/20 14:56:01   Desc
Statement Accompanying Relief From Stay   Page 1 of 1

**REQUIRED STATEMENT**
**TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases:   Debtor(s)   Margarita Bustamante            Case No. 19-22907   Chapter 13

All Cases:   Moving Creditor   GSMPS MORTGAGE LOAN TRUST 2006-RP1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-RP1, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE   Date Case Filed 8/14/2019

Nature of Relief Sought:   ■ Lift Stay   ☐ Annul Stay   ■ Other (describe) Co-Debtor Stay

Chapter 13:   Date of Confirmation Hearing _____   or Date Plan Confirmed 11/08/2019

Chapter 7:   ☐ No-Asset Report Filed on _____
            ☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. ■ Home
   b. ☐ Car   Year, Make, and Model _____
   c. ☐ Other (describe) _____

2. Balance Owed as of 11/02/2020   $188,617.51
   Total of all other Liens against Collateral   $24,379.00

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases) $197,000.00, per Debtor's Schedules

5. Default
   a. ■ Pre-Petition Default as of petition date
      Number of months   15         Amount   $23,552.50

   b. ■ Post-Petition Default
      i. ■ On direct payments to the moving creditor
         Number of months   3         Amount   $4,823.87

      ii. ☐ On payments to the Standing Chapter 13 Trustee
         Number of months _____    Amount _____

6. Other Allegations
   a. ☐ Lack of Adequate Protection § 362(d)(1)
      i. ☐ No insurance
      ii. ☐ Taxes unpaid      Amount   $_____
      iii. ☐ Rapidly depreciating asset
      iv. ☐ Other (describe) _____

   b. ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☐ Other "Cause" § 362(d)(1)
      i. ☐ Bad Faith (describe) _____
      ii. ☐ Multiple Filings
      iii. ☐ Other (describe) _____

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm   ii. ☐ Redeem   iii. ☐ Surrender   iv. ■ No Statement of Intention Filed

Date:   November 6, 2020                              /s/ Peter C. Bastianen
                                                       Counsel for Movant
(Rev. 12/21/09)